**TANASI LAW OFFICES**
RICHARD E. TANASI, ESQ.
Nevada State Bar No. 9699
8716 Spanish Ridge Ave., Suite 105
Las Vegas, NV 89148
p. (702) 906-2411
f. (866) 299-5274
rtanasi@tanasilaw.com
*Attorney for Eduardo Aguilar*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EDUARDO AGUILAR,<br><br>    Defendant. | Case No.: 2:24-mj-00222-NJK<br><br>**STIPULATION FOR AN ORDER DIRECTING PROBATION TO PREPARE A CRIMINAL HISTORY REPORT** |

  IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and DANIEL J. COWHIG, Assistant United States Attorney, counsel for the United States of America, and RICHARD E. TANASI, ESQ., counsel for defendant EDUARDO AGUILAR, that the Court direct the U.S. Probation Office to prepare a report detailing the defendant's criminal history. This stipulation is entered into for the following reasons:

  1. Counsel for the defendant has requested an informal criminal history estimate for Mr. Aguilar to effectively evaluate Mr. Aguilar's exposure in this case. Upon information and belief, the U.S. Probation Office cannot begin obtaining the defendant's criminal history until after the defendant enters his guilty plea unless the Court enters an order directing the U.S.

1  Probation Office to do so. Such an order is often entered in the minutes of a defendant's initial

2  appearance when charged by indictment. No indictment has yet been filed.

3      2.    Accordingly, the parties request that the Court enter an order directing the U.S.

4  Probation Office to prepare a report detailing the defendant's criminal history.

5  DATED this 18th day of March 2024.

6  Respectfully Submitted,

8  RICHARD E. TANASI, ESQ.        JASON M. FRIERSON
                                                        United States Attorney

10  */s/ Richard Tanasi*                    */s/ Daniel J. Cowhig*
    Richard E. Tanasi, Esq.                Daniel J. Cowhig
    Counsel for Defendant                 Assistant United States Attorney
11  Eduardo Aguilar

14  / / /

16  / / /

18  / / /

21  / / /

23  / / /

TANASI LAW OFFICES
8716 Spanish Ridge Ave., Ste. 105
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00222-NJK |
| Plaintiff, | |
| v. | ORDER DIRECTING PROBATION TO PREPARE A CRIMINAL HISTORY REPORT |
| EDUARDO AGUILAR, | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 18th day of March 2024.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE